United States District Court
Southern District of Texas
**ENTERED**
May 23, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALAN NELSON CROTTS, § § § Plaintiff, § § VS. § FREEDOM MORTGAGE CORPORATION, § § § Defendant. § § | CIVIL ACTION NO. 4:22-CV-01447 |

## **ORDER**

Pending before the Court is the plaintiff's motion to filed documents electronically (Dkt. No. 5). The motion is Denied.

It is so ORDERED.

SIGNED on May 23, 2022, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge