Alan N. Crotts<br>
6431 Box Bluff Court<br>
Sugar Land, TX 77479<br>
(281)384-0350<br>
alan_crotts@yahoo.com

June 20th, 2022

To:	Nathan Ochsner
	Clerk of Court
	P.O. Box 61010
	Houston, TX 77208

From:	Alan N. Crotts, Pro Se

United States Courts
Southern District of Texas
FILED

JUN 22 2022

Nathan Ochsner, Clerk of Court

Re:	Civil Case No. 4:22-CV-01447 and
	Request for E-filing Access

Please, find enclosed 3 filings for the above-referenced case:

1. PLAINTIFF'S RESPONSE AND OBJECTION TO MOTION TO DISMISS
2. MOTION FOR LEAVE OF THE COURT TO FILE PLAINTIFF'S 1ST AMENDED PETITION FOR LAWSUIT AND APPLICATION FOR INJUNCTIVE RELIEF
3. PLAINTIFF'S 1ST AMENDED PETITION FOR LAWSUIT AND APPLICATION FOR INJUNCTIVE RELIEF

I would also like to request e-file access from the Clerk of the Court. I have a PACER account already and I am aware of how e-file documents because I have done so before in another federal case.

Thank you.

Respectfully,

Alan N. Crotts