# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

SEP 12 2022

Nathan Ochsner, Clerk of Court

ALAN NELSON CROTTS,

Plaintiff,

v.   Civil Action No. 4:22-CV-1447

FREEDOM MORTGAGE
CORPORATION,

Defendant

## PLAINTIFF'S AFFIDAVIT OF BUSINESS RECORDS

TO THE HONORABLE COURT:

I, **ALAN NELSON CROTTS**, the PLAINTIFF, am of sound mind, capable of making this affidavit, and I am personally acquainted with the facts stated herein.

I am the custodian of the records attached hereto which were produced in the regular course of business regarding the maintenance of my home loan. Such records are normally kept during the course such business and were produced at the time the business was conducted.

The records attached hereto are the original or exact duplicates of the original.

This affidavit is produced in accordance with *Texas Rules of Civil Procedure, Rule 902*.

## STATEMENT OF VERIFICATION

My name is Alan Nelson Crotts, my date of birth is **June 19th, 1979**, and my address is **6431 Box Bluff Court, Sugar Land, Texas 77479** in Fort Bend County. I declare under penalty of perjury pursuant to *28 U.S.C. Sec. 1746* that the statement contained in this verified PLAINTIFF'S AFFIDAVIT OF BUSINESS RECORDS are true and correct to the best of my knowledge and belief.

Executed in Fort Bend County, State of Texas,
On the 5th day of September, 2022.

Alan N. Crotts, Declarant

Respectfully Submitted,

**Alan N. Crotts, Pro Se**
6431 Box Bluff Court
Sugar Land, Texas 77479
Telephone: (281)384-0350
alan_crotts@yahoo.com

## Certificate of Service

I swear that a true copy of the above was served on each attorney of record or party by certified mail, hand delivery, fax, authorized e-service, or delivery service, according to the *Federal Rules of Civil Procedure* on _____09/05/2022_____.
                                                                    Month/ Day/ Year

VIA FIRST CLASS, CERTIFIED MAIL TO:

Bradley Conway
Miller, George & Suggs, PLLC
5601 Democracy Drive, Suite 265
Plano, TX 75024

_____
Alan N. Crotts, Pro Se

Alan N. Crotts
6431 Box Bluff Court
Sugar Land, TX  77479
(281)384-0350
alan_crotts@yahoo.com

November 7th, 2021

To:     Freedom Mortgage Corporation
        ISAOA / ATIMA
        P.O. Box 5050
        Troy, MI 48007-5050

From:   Alan N. Crotts

Re:     Miscellaneous Communications

Greetings,

I recently received some communications from your company. I am unclear as to what your involvement with my home loan is, but I have never missed any payments. In fact, my current mortgage company, AmeriHome, actually owed me a balance until just this month.

Also, I acquired a new homeowner's insurance policy in August BEFORE the previous policy expired.

Again, my current mortgage company is AmeriHome, please reached out to them for any questions.

If you need to reach me again, please e-mail me at alan_crotts@yahoo.com. Due to changes in my work schedule and location, I CANNOT BE REACHED THROUGH OTHER MEANS.


                        Respectfully,


                        Alan Crotts

**1 of 1**

Doc. No. 20211107-03

Alan N. Crotts<br>
6431 Box Bluff Court<br>
Sugar Land, TX 77479<br>
(281)384-0350<br>
alan_crotts@yahoo.com

January 9th, 2022

To:  Freedom Mortgage Corporation
     Payment Processing Center
     P.O. Box 7230
     Pasadena, CA 91109-7230

From: Alan N. Crotts
      #0133314658

Re:  January 2022 P&I Payment

Greetings,

Enclosed is a check for my January 2022 payment of **$1,208.08**. These funds are to be used exclusively for the January 2022 P&I payment. As a reminder, I have already made arrangements for the payment of my homeowner's insurance and property taxes.

If Freedom Mortgage has not received any of the prior months' payments from AmeriHome Mortgage, please let me know. I can be reached exclusively by e-mail at alan_crotts@yahoo.com.

You can also reach me at that e-mail for any other questions you may have.

Respectfully,

Alan Crotts

Alan N. Crotts<br>
6431 Box Bluff Court<br>
Sugar Land, TX 77479<br>
(281)384-0350<br>
alan_crotts@yahoo.com

February 5th, 2022

To:  Freedom Mortgage Corporation
    P.O. Box 7230
    Pasadena, CA 91109-7230

From: Alan N. Crotts
    #0133314658

Re:  February 2022 P&I Payment

Greetings,

Enclosed is a check for my February 2022 payment of **$1,208.08**. These funds are to be used exclusively for the February 2022 P&I payment. As a reminder, I have already made arrangements for the payment of my homeowner's insurance and property taxes. Enclosed is a copy of my homeowner's insurance policy declaration page. The policy went into effect **August 31st, 2021**.

Also, when I attempted to pay my property tax I discovered it had already been paid. If this was your organization, please let me know immediately so that I can reimburse you. I will also remind you again that I do not have an active escrow account and that I pay my insurance and taxes directly.

Finally, I have received your correspondence dated **January 26th, 2022**, which incorrectly states that I am somehow in default for several months of payments. This information is not correct. The reality is that Freedom Mortgage failed to notify that they had taken over my home loan and AmeriHome had been paid up through November 2021. I actually learned from my VA representative that Freedom Mortgage was the new loan handler because neither Freedom nor AmeriHome bothered to inform me. If your organization is missing payments, they need to make efforts to collect these payments from AmeriHome, who were, once again, paid up through November 2021.

Now, if AmeriHome refuses to turn over these payments to Freedom Mortgage for any reason, then that means that we have both been defrauded by AmeriHome and I will take immediate action against them. I hope I can count on your support should such endeavors become necessary.

Once again, I am working remotely and I cannot be easily reached by phone or e-mail, so please CONTACT ME BY E-MAIL at alan_crotts@yahoo.com.

**1 of 2**

Alan N. Crotts
6431 Box Bluff Court
Sugar Land, TX 77479
(281)384-0350
alan_crotts@yahoo.com


Respectfully,


Alan Crotts

Alan N. Crotts
6431 Box Bluff Court
Sugar Land, TX 77479
(281)384-0350
alan_crotts@yahoo.com

April 8th, 2022

To:    Freedom Mortgage Corporation
       P.O. Box 50485
       Indianapolis, IN 46250-0485

From:  Alan N. Crotts
       #0133314658

Re:    Intent to File Lawsuit Against Freedom Mortgage

Congratulations. You are going to be sued. In order to avoid litigation, please pay close attention to the following.

First, I noticed that the check for my March payment has not been cashed and I would like to assure that it was sent in a timely manner. It was check #1415. Please, confirm it was not received and I will send a new check. The April payment will be sent very soon.

Returning to the matter at hand, I recently discovered that Freedom Mortgage has been reporting false information on my credit report and that it is having an extremely negative impact on my credit score. Quite frankly, I am amazed and deeply concerned. I have reached out to Freedom Mortgage on three separation occasions to open up a dialogue about the status my loan and I have yet to be contacted by anyone at your organization. My records clearly show that I have not missed a single payment since I bought my house, so why are you reporting that I have missed payments going back to July 2021. This is not possible. In fact, I wasn't even aware that Freedom Mortgage had taken over my loan until December!

I have a feeling that AmeriHome deceived you about the status of my loan and a dispute I had with them about funds they misappropriated from my escrow account, which I was subsequently forced to close as a result of their actions. Unfortunately, since no one at your company will talk to me, I cannot prove this and I am forced to move forward as if Freedom Mortgage is reporting false information and may have potential stolen these missing payments.

To be clear, I believe I may owe you for my property taxes, approximately $5,000, because someone paid them just before I was about to render payment to the county.
Unfortunately... again... when I reached out to your company to confirm you paid the property taxes in error, I received no response. I am still holding these funds to remit to you once you confirm that you paid those taxes. At this point, however, it is obvious that I am being intentionally ignored and intentionally frustrated by Freedom Mortgage.

This will be my fourth and final letter to your offices. You have exactly 30 days to contact me via e-mail or I will file a lawsuit for breach of contract/promissory, theft, fraud, libel, and the

Alan N. Crotts
6431 Box Bluff Court
Sugar Land, TX 77479
(281)384-0350
alan_crotts@yahoo.com

intentional infliction of emotional distress which has manifested in prolonged physical symptoms including, but not limited to, anxiety, sleeplessness, bouts of weight loss and weight gain, headaches, and frequent gastrointestinal distress.

In addition to contact via e-mail, I am demanding **$100,000.00** in compensation for the damages resultant from the aforementioned causes of action. This remediation payment is also to be made within 30 days.

As another reminded, I work long hours in a remote area with spotty cellular coverages and I am only home roughly every other weekend. Sometimes each weekend. This is the reason I have previously request to be contacted via e-mail. An extremely simplistic and very easily accommodated request which you have consistently ignore, causing me even more frustration and ultimately forcing me to take legal action. This refusal is behavior that absolutely no reasonable person or entity would engage in. This letter is my last attempt to reconcile any outstanding matters outside of court.

So… please CONTACT ME BY E-MAIL at alan_crotts@yahoo.com.

Respectfully,


Alan Crotts

2 of 2

Doc. No. 20220408-1

**Receipt 1 (top left):** 7021 0350 0000 0687 3855
Sent To: Freedom Mortgage  12/19
City, State, ZIP+4: 91109-7230

**Receipt 2 (top right):** 7021 0350 0000 0687 3800
Sent To: Freedom Mortgage  11/7/21
City, State, ZIP+4: 46007-5050

**Receipt 3 (bottom left):** 7021 0350 0001 0687 3787
Sent To: Freedom Mortgage Corp.  4/23/2
Street: P.O. Box 50485
City, State, ZIP+4: Indianapolis, IN 46250-0485

**Receipt 4 (bottom right):** 7021 2720 0001 3876 8837
Sent To: Freedom Mortgage  4/9
City, State, ZIP+4: 46250-0485

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Freedom Mortgage Corp.
ISAOA / ATIMA
P.O. Box 5050
Troy, MI 48007-5050

9590 9402 6927 1104 4112 33

2. Article Number (Transfer from service label)

7021 0350 0000 0687 3800

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Gregory Kesuch M*   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Freedom Mortgage Corp.
P.O. Box 7230
Pasadena, CA 91109-7230

9590 9402 6927 1104 4111 96

2. Article Number (Transfer from service label)

7021 0350 0000 0687 3855

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Freedom Mortgage Corp.
P.O. Box 50485
Indianapolis, IN 46250-0485

9590 9402 2235 6193 7589 91

2. Article Number (Transfer from service label)

7021 0350 0000 0687 3787

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Pat Sms*   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   *Pat Sms*    C. Date of Delivery  5/2/22

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Alan N. Crotts
6431 Box Bluff Court
Sugar Land, TX  77479
(281)384-0350
alan_crotts@yahoo.com

September 5th, 2022

To:    Nathan Ochsner
      Clerk of Court
      P.O. Box 61010
      Houston, TX  77208

From:    Alan N. Crotts, Pro Se

Re:    Civil Case No. 4:22-CV-1447

Please, find the following filing enclosed:

    1.    PLAINTIFF'S AFFIDAVIT OF BUSINESS RECORDS

Thank you.

                                                 Respectfully,

                                                 Alan N. Crotts



Alan Crotts
6431 Box Bluff Ct.
Sugar Land, TX 77479

U.S. District Court
Court Clerk; Nathan Ochsner
P.O. Box 61010
Houston TX 77208