United States District Court
Southern District of Texas
**ENTERED**
September 22, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALAN NELSON CROTTS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-01447 |
| | § | |
| FREEDOM MORTGAGE CORPORATION, | § | |
| | § | |
| Defendant. | § | |

**ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE
HELD ON September 22, 2022 at 8:45 AM**

Appearances:       Waived

The following schedule shall govern the disposition of this case:

| | |
|---|---|
| Initial Disclosures due by: | September 26, 2022 |
| New parties/class allegations by: | None |
| Discovery to be completed by: | March 13, 2023 |
| Dispositive motions due by: | April 15, 2023 |
| Docket call to be held at 11:30 AM on: | July 3, 2023 |
| Estimated trial time: 4 hours | Bench Trial |

The following rulings were made:

- Discovery may be extended by agreement of the parties without Court intervention. The dispositive motion deadline and docket call dates, however, may not be extended without leave of Court.

- Attorney's fee applications are handled on the papers of the parties after notice.

- Expedited responses are required on all pretrial motions save dispositive motions.

It is so ORDERED.

SIGNED on September 20, 2022, at Houston, Texas.

                                                Kenneth M. Hoyt
                                                United States District Judge